E-Filed 9/23/15

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SALMA MERRITT, et al.,

    Plaintiffs,

v.

CITY OF SUNNYVALE, et al.,

    Defendants.

Case No. 15-cv-02775-HRL

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 7

Plaintiffs in the above-entitled matter failed to appear at the case management conference on September 22, 2015. Plaintiffs also failed to file a case management statement. Plaintiffs have not served any defendants and no summons has been issued.

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiffs' claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause shall be held on October 6, 2015, at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First Street, San Jose CA 95113. If plaintiffs fail to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 9/23/15

_____
HOWARD R. LLOYD
United States Magistrate Judge