United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALMA MERRITT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SUNNYVALE, et al., <br><br> Defendants. | Case No.  5:15-cv-02775-EJD <br><br> **ORDER VACATING MOTION HEARING** |

Because it will be addressed in the ensuing order on Defendants' motions to dismiss and for other relief, the hearing on Plaintiffs' motion to reschedule and to extend the time for briefing (Dkt. No. 48) scheduled for July 28, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated:  July 26, 2016

_____
EDWARD J. DAVILA
United States District Judge

---

1
Case No.: 5:15-cv-02775-EJD
ORDER VACATING MOTION HEARING